[Nos. 44847-5-II; 44877-7-II. Division Two. March 31, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SHARI ANNE BRENTIN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY DAVID BRENTIN, *Appellant*.

Appeals from a judgment of the Superior Court for Cowlitz County, No. 11-1-01353-4, Michael H. Evans, J., entered May 2, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 44906-4-II. Division Two. March 31, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT E. JAMES, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 12-1-00338-9, F. Mark McCauley, J., entered May 20, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Worswick, J.

[No. 45001-1-II. Division Two. March 31, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 12-1-00176-4, Michael J. Sullivan, J., entered May 17, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Worswick and Sutton, JJ.

[No. 45044-5-II. Division Two. March 31, 2015.]

THE STATE OF WASHINGTON, *Appellant*, v. D.J.C., *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 13-8-00021-9, Gordon Godfrey, J., entered May 9, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Worswick and Sutton, JJ.